No. 12–7040. CARRILLO v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–7044. JOHNSON v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 12–7045. JANOE v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–7046. FORNEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–7053. ADELEKE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7054. BOOTHER v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7058. MCCORMICK v. BRZEZINSKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–7061. HARDY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 12–7063. FALKINBERG v. FALKINBERG. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–7071. SHIPP v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 12–7075. HOWARD v. HOWARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7076. HADDIX v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7085. JOSEPH v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 12–7093. PAYTON v. PERRY. C. A. 6th Cir. Certiorari denied.

No. 12–7096. POTTER v. TOEI ANIMATION INC. ET AL. C. A. D. C. Cir. Certiorari denied.